**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **FOOTHILLS IP, LLC,**<br>    **Plaintiff,** | **Civil Action No. 6:22-cv-01081-XR** |
| **v.** | |
| **GUNFIRE GAMES, LLC,**<br>    **Defendant** | **JURY TRIAL DEMANDED** |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Foothills IP, LLC stipulates to the voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent.

DATED: January 31, 2023        Respectfully submitted,

                              **Ramey LLP**

                            By: */s/ William P. Ramey, III*
                                William P. Ramey, III
                                Texas Bar No. 24027643
                                5020 Montrose Blvd., Suite 800
                                Houston, Texas 77006
                                (713) 426-3923 (telephone)
                                (832) 900-4941 (fax)
                                wramey@rameyfirm.com

                              *Attorneys for Foothills IP, LLC*